IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON, )
            ) 2:11-cv-00769-GEB-CKD
     Plaintiff, )
            )
  v.        ) ORDER RE: SETTLEMENT AND
            ) DISPOSITION
ROSEDOWN APARTMENTS CALIFORNIA, )
LLC, )
            )
     Defendant. )
_____

Plaintiff filed a "Notice of Settlement" on August 21, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 11.)

Therefore, a dispositional document shall be filed no later than September 12, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: August 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1